Luis Carlos **CEBALLOS-RAMIREZ**, Petitioner,

v.

Loretta E. **LYNCH**, Attorney General, Respondent.

### No. 15-70460

United States Court of Appeals, Ninth Circuit.

Submitted October 25, 2016 *

Filed November 3, 2016

Miguel Angel Olano, Miguel Olano, Attorney at Law, Los Angeles, CA, for Petitioner.

Edward C. Durant, Juria L. Jones, Trial Attorney, OIL, U.S. Department of Justice, Washington, DC, OIL, Chief Counsel ICE, San Francisco, CA, for Respondent.

Before: LEAVY, SILVERMAN, and GRABER, Circuit Judges.

### MEMORANDUM **

Luis Carlos Ceballos-Ramirez, a native and citizen of Mexico, petitions for review

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

of the Board of Immigration Appeals' ("BIA") order denying his motion to reconsider its denial of a motion to reopen removal proceedings to seek administrative closure. We dismiss the petition for review.

We lack jurisdiction to review the BIA's denial of Ceballos-Ramirez's motion to reconsider its underlying discretionary decision regarding administrative closure. *See Diaz–Covarrubias v. Mukasey*, 551 F.3d 1114, 1120 (9th Cir. 2009) (this court lacks jurisdiction to review the denial of administrative closure for lack of a sufficiently meaningful standard to evaluate the decision); *Vilchiz–Soto v. Holder*, 688 F.3d 642, 644 (9th Cir. 2012) (limiting the court's jurisdiction to review the BIA's denial of a motion to reconsider its underlying discretionary determination).

**PETITION FOR REVIEW DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.